UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANA and RAMIRO MENDOZA, husband and wife,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ALLSTATE INDEMNITY COMPANY,<br><br>　　　　　Defendant. | NO: 4:21-CV-5016-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice and Without Costs or Fees (ECF No. 15). The parties stipulate that all claims and causes of action should be dismissed with prejudice and without attorneys' fees or costs to any party

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED March 29, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2