AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ANA and RAMIRO MENDOZA,<br>*Plaintiff*<br>v.<br>ALLSTATE INDEMNITY COMPANY,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:21-CV-5016-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and causes of action in this matter are DISMISSED with prejudice and without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE

on the parties' Stipulation of Dismissal with Prejudice and Without Costs or Fees (ECF No. 15).

Date: March 29, 2022

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry